1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Peter J. Armenio
Matthew D. Robson
Seung Woo Hur
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Michelle A. Clark
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Miles D. Freeman
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant InAuth, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| mSIGNIA, Inc. | Case No. 8:17-cv-01289-AG-KES |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT INAUTH, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGEMENT OF NON-INFRINGEMENT** |
| InAuth, Inc. | |
| Defendant. | Date: December 17, 2018<br>Time: 10:00 a.m.<br>Hon. Andrew J. Guilford<br>Courtroom 10D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's Scheduling Order (Dkt. 64), on December 17, 2018, in Courtroom 10D of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, California, Defendant InAuth, Inc. will and hereby does respectfully move the Court for entry of summary judgement of non-infringement of the asserted claims (Claims 1-6, 13-15, 20, 22, 23, and 25) of U.S. Patent No. 9,559,852.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 2, 2018.  The parties met and conferred, but were unable to reach agreement.

This Motion is based upon the accompanying Memorandum in Support of InAuth's Motion for Summary Judgement of Non-Infringement, Declaration of Matthew D. Robson and exhibits attached thereto, Statement of Uncontroverted Facts and Conclusions of Law, any reply brief that may be filed, any oral argument that may be presented at the hearing, all pleadings, papers and proceedings in this action, and such other matters as the Court deems proper.

Dated: November 12, 2018        Respectfully submitted,

By:   /s/ Matthew D. Robson

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Peter J. Armenio, P.C.
Matthew D. Robson
Seung Woo Hur
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Michelle A. Clark
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600

1

Facsimile:  (415) 875-6700

2

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

3

Miles D. Freeman
865 S. Figueroa St., 10th Floor

4

Los Angeles, California 90017
Telephone:  (213) 443-3000

5

Facsimile:  (213) 443-3100

6

Attorneys for Defendant InAuth, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INAUTH'S MOTION FOR SUMMARY JUDGEMENT OF NON-INFRINGEMENT