JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| mSIGNIA, Inc., | Case No. 8:17-cv-01289-AG-KES |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS** |
| InAuth, Inc., | |
| Defendant. | |

The parties have filed a Joint Notice Stipulating to Voluntary Dismissal of All Remaining Claims (Dkt. No. 185). The parties have stipulated that, in view of and in reliance on entry of this Order, the parties expressly waive any right to appeal or otherwise move for relief from any order of the Court issued in this matter, including the Stipulation and this Order. The parties further stipulate that this Court retains jurisdiction over mSIGNIA and InAuth for purposes of enforcing the Stipulation and this Order. After consideration of the Stipulation, the Court ORDERS as follows pursuant to Federal Rule of Civil Procedure 41(a)(2):

1. Any and all remaining claims that InAuth infringes U.S. Patent No. 9,559,852, directly or indirectly, literally or under the doctrine of equivalents are hereby dismissed WITH PREJUDICE.
2. Based on the entry of the order above, the parties' joint request and stipulation for dismissal WITHOUT PREJUDICE of InAuth's counterclaim that U.S. Patent No. 9,559,852 is invalid is GRANTED.
3. All attorney fees and costs are to be borne by the party that incurred them.
4. The Clerk of the Court shall enter this order and close this matter forthwith.

**IT IS SO ORDERED.**

Dated: January 18, 2019      By:_____

The Honorable Andrew J. Guilford
United States Judge

1
ORDER GRANTING VOLUNTARY STIPULATED DISMISSAL